UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 11-20351-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

SAUBNET DWAYNE POLITESSE,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Politesse's Motion to Suppress Post Arrest Statements (D.E. 131), Motion to Suppress Search of Vehicle (D.E. 137) and Defendant's Unopposed Motion to Cancel Evidentiary Hearing, (D.E. 166).

**THE MATTER** was referred to United States Magistrate Judge Jonathan Goodman on June 25, 2012. A Report and Recommendation was filed recommending that Defendant's Motions to Suppress be **Denied** as Moot and that Defendant's Unopposed Motion to Cancel Evidentiary Hearing be **Granted**.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **ADOPTED and AFFIRMED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of August, 2012.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
        Anthony W. Lacosta, AUSA
        Roy Cohn, Esq.
        Roy Altman, AUSA
        Eric Cohen, Esq.